FILED
CLERK, U.S. DISTRICT COURT
APR 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME A. CORDOVA,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN HAWS, Warden,<br><br>    Respondent. | NO. CV 06-01376 AG (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: FEBRUARY 29, 2008

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE